question of fact as to whether the defendant violated the statute* in the manner described in the complaint. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERTRUDE A. KETTYLE, as Administratrix, etc., of W. GEORGE KETTYLE, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERTRUDE A. KETTYLE, as Administratrix, etc., of W. GEORGE KETTYLE, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BARBARA LANZINGER, an Infant, etc., Respondent, v. HARRY C. ZIMMERMAN, Doing Business as the C. H. WATSON CARTING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PHILIP AGRESTI, as Guardian ad Litem of LEWIS AGRESTI, an Infant, Respondent, v. FRANK J. BANUSKI, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

PHILIP AGRESTI, Respondent, v. FRANK J. BANUSKI, Appellant.— Judgment reversed on the facts and a new trial granted, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $250, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROLAND J. DAVIS, an Infant, etc., Respondent, v. VILLAGE OF MEXICO, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BERTHA MINOWITZ, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JACOB MINOWITZ, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

IDA ROSENBERG, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ISADORE ROSENBERG, Respondent, v. OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

* See Conservation Law, § 182, subd. 1, and § 185, subds. 1, 6, 8, added by Laws of 1912, chap. 318, as amd. by Laws of 1925, chaps. 350, 353, and Laws of 1927, chap. 106; since amd. by Laws of 1928, chaps. 242, 586, and Laws of 1929, chap. 275.— [REP.